# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BUR-TEX HOSIERY, INC., an Alabama corporation,<br><br>   *Plaintiff,*<br>v.<br><br>YUNATI SHAHID, an individual; and PASHA SHAHID, an individual,<br><br>   *Defendants.* | Civil Action No. 4:24-cv-4900 |

## BUR-TEX HOSIERY, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bur-Tex Hosiery, Inc. ("Bur-Tex") here states that it has no parent company or any publicly held company owning 10% or more of its stock.

Dated: December 13, 2024

**FOLEY & LARDNER LLP**

*/s/ Todd A. Murray*
Todd A. Murray
State Bar No. 00794350
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214-999-4862
Email: tmurray@foley.com

COUNSEL TO BUR-TEX HOSIERY, INC.

4936-4515-4822.1